STATE OF NEW JERSEY v. CHARLES EDWARD WILLIAMS.

November 10, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. MIGUEL BERDIEL.

November 10, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. RICHARD NASH.

November 10, 1982.

Petition for certification denied.